MEMORANDUM OPINION



 

 No. 04-04-00045-CR



Alvino SANDOVAL,


Appellant



v.



STATE of Texas,


Appellee



From the 379th Judicial District Court, Bexar County, Texas


Trial Court No. 2000-CR-3217


Honorable Bert Richardson, Judge Presiding



PER CURIAM


Sitting: Paul W. Green, Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and Filed: February 18, 2004 


MOTION TO DISMISS GRANTED; APPEAL DISMISSED

 Appellant Alvino Sandoval filed a motion to dismiss this appeal. Appellant personally
signed the motion. We interpret the motion as one to withdraw the notice of appeal. See
Tex. R. App. P. 42.2(a). The motion is granted. The appeal is dismissed. See Tex. R. App.
P. 42.2(a). Our mandate may be issued early upon proper motion. Tex. R. App. P. 18.1(c).


 PER CURIAM

Do Not Publish